# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3037
_____

Valerie LeMaster

*Plaintiff - Appellant*

v.

Ditech Financial LLC, formerly known as Green Tree Servicing LLC; Federal
National Mortgage Association; Consumer Financial Protection Bureau

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: September 25, 2019
Filed: April 15, 2020
[Unpublished]
_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.
_____

PER CURIAM.

Since our stay of this appeal as to the Federal National Mortgage Association
("Fannie Mae") and Ditech Financial, LLC ("Ditech") in light of Ditech's
commencement of bankruptcy proceedings, the bankruptcy court confirmed the
bankruptcy plan. The plan includes a permanent injunction of claims that "interfere

with the implementation or consummation of the Plan." The parties dispute whether the claims against Fannie Mae and Ditech are barred by the injunction. But even if the claims are not barred by the injunction, we affirm the dismissal of LeMaster's federal claims for lack of standing, *see LeMaster v. Ditech Fin. LLC*, 782 F. App'x 519 (8th Cir. 2019) (per curiam), and thus lack supplemental jurisdiction over LeMaster's state law claims against Fannie Mae and Ditech, *see* 28 U.S.C. § 1367; *ABF Freight Sys., Inc. v. Int'l Bhd. of Teamsters*, 645 F.3d 954, 958 (8th Cir. 2011) ("[I]f a plaintiff lacks standing to sue, the district court has no subject-matter jurisdiction."); 8th Cir. R. 47B. We thus affirm the district court and dismiss the appeal for lack of jurisdiction.

_____